UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ABDUL HOWARD,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BONNIE POLLEY et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:15-cv-01698-GMN-GWF<br><br>ORDER |

**I.　DISCUSSION**

Plaintiff, a *pro se* prisoner, previously filed a 42 U.S.C. § 1983 civil rights complaint. (ECF No. 1). On October 5, 2015, Plaintiff filed a motion to voluntarily dismiss his case. (ECF No. 2).

Pursuant to Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). The Court grants Plaintiff's motion to voluntarily dismiss this action because no responsive pleading has been filed in this case. As such, the Court dismisses this action without prejudice.

**II.　CONCLUSION**

For the foregoing reasons, it is ordered that the motion for voluntary dismissal (ECF No. 2) is granted.

It is further ordered that this action is dismissed in its entirety without prejudice.

1  It is further ordered that the Clerk of the Court shall enter judgment accordingly.

3  DATED THIS  20  day of October, 2015.

   _____
   Gloria M. Navarro, Chief Judge
   United States District Court